ROBERT MIELE, Respondent, *v.* SALEM ROSENBLATT et al., Appellants.

*Miele* v. *Rosenblatt*, 164 App. Div. 604, affirmed.
(Argued May 23, 1917; decided June 12, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by

plaintiff through the negligence of the defendants, his employers. The plaintiff was injured while sharpening a small steel drill. The sharpening was done by repeatedly heating and hammering the cutting end of the drill. When sufficiently heated the drill was hammered out on a small slab of steel resting on the end of a bench or table supporting a lathe operated by artificial power and vibrating from the effect thereof. To enable him to hold and manipulate the drill plaintiff was furnished with a pair of ordinary gas pliers alleged to have been more or less defective from use. While plaintiff was beating the drill it escaped from the pliers, and flying into his right eye destroyed the sight.

*E. Clyde Sherwood* and *Amos H. Stephens* for appellants.

*Bernard Gordon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.